Andrew Hudson (DC Bar No. 996294)
(202) 326-2213 / ahudson@ftc.gov
Karen Hobbs (DC Bar No. 469817)
(202) 326-3587 / khobbs@ftc.gov
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Delilah Vinzon (CA Bar No. 222681)
(310) 824-4328 / dvinzon@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024

Attorneys for Plaintiff
Federal Trade Commission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br> Plaintiff, <br> vs. <br> **AlliedWallet, Inc., et al.**, <br> Defendants. | No. 2:19-CV-4355 <br><br> PLAINTIFF'S RECOMMENDATION FOR LIQUIDATING RECEIVER |

In connection with the Joint Application for Entry of Stipulated Final Order for Permanent Injunction and Monetary Judgment Against Ahmad ("Andy") Khawaja, Alliedwallet, Inc., Allied Wallet, Ltd., GTBill, LLC, and GTBill Ltd., filed concurrently, Plaintiff Federal Trade Commission ("FTC") makes the following recommendation regarding the appointment of a liquidating receiver, as contemplated in the proposed Stipulated Final Order for Permanent Injunction and Monetary Judgment Against Ahmad ("Andy") Khawaja, Alliedwallet, Inc., Allied Wallet, Ltd., GTBill, LLC, and GTBill Ltd. (hereinafter, "Stipulated Final Order").

1 The FTC proposes that the Court appoint Stephen J. Donell, of FedReceiver, Inc., as liquidating receiver, as contemplated in the Stipulated Final Order.

Mr. Donell is qualified to serve as liquidating receiver and has expressed a willingness to do so. A copy of his qualifications is attached as Attachment A hereto. As reflected in Attachment A, Mr. Donell has extensive experience with receiverships and real property transactions. Mr. Donell's proposed fee schedule is attached hereto as Attachment B. The fee schedule for his proposed counsel is attached hereto as Attachment C. The fee schedule for the accountants he would retain, in the event such work became necessary, is attached hereto as Attachment D.

We are unaware of any conflicts of interests that would prevent Mr. Donell from acting as liquidating receiver in this matter.

Should the Court desire to consider additional options for liquidating receiver, the FTC can provide names of additional highly qualified candidates.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | ALDEN ABBOTT<br>General Counsel |
| 4  Dated: May 20, 2019 | |
| 5 | Andrew Hudson |
| 6 | Karen Hobbs |
| 7 | Federal Trade Commission<br>600 Pennsylvania Ave., NW |
| 8 | Mailstop CC-8528<br>Washington, DC 20580 |
| 9 | (202) 326-2213 / ahudson@ftc.gov |
| 10 | (202) 326-3587 / khobbs@ftc.gov |
| 11 | Delilah Vinzon |
| 12 | Federal Trade Commission<br>10990 Wilshire Boulevard, Suite 400 |
| 13 | Los Angeles, California 90024 |
| 14 | (310) 824-4328 / dvinzon@ftc.gov |
| 15 | Attorneys for Plaintiff |
| 16 | FEDERAL TRADE COMMISSION |

**PROOF OF SERVICE**

Per Local Rules 5-3.2.1 and 5-3.1.2, I, Andrew Hudson, hereby declare that on May 20, 2019, I served the foregoing Plaintiff's Recommendation for Liquidating Receiver, and its attachments, on all parties in the manner specified below:

**Via Email**

| | |
|---|---|
| Jeffrey D. Knowles<br>Roger Colaizzi<br>Venable LLP<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br>(202) 344-4860 / jdknowles@venable.com<br>(202) 344-8051 / rcolaizzi@venable.com | Michael Thurman<br>Thurman Legal<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, CA 91106<br>(626) 399-6205 / michael@thurman-legal.com<br><br>*Counsel for Defendant Mohammad Diab* |
| Matthew M. Gurvitz<br>Venable LLP<br>2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067<br>(310) 299-9930 / mmgurvitz@venable.com<br><br>*Counsel for Defendants AlliedWallet, Inc., Allied Wallet, Ltd., GTBill, LLC, GTBill, Ltd., and Ahmad Khawaja* | David P. Steiner, Esq.<br>David Steiner & Associates<br>1801 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>(310) 557-8422 / dpsartnetlaw@gmail.com<br><br>*Counsel for Defendant Amy Rountree* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2019 in Washington, DC.

_____
Andrew Hudson

4