Name and address:

> Delilah Vinzon
> FEDERAL TRADE COMMISSION
> 10990 Wilshire Blvd, Suite 400
> Los Angeles, CA 90024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission <br><br> Plaintiff(s), <br><br> v. <br><br> AlliedWallet, Inc., et al. <br><br> Defendant(s), | CASE NUMBER <br><br> 2:19-cv-04355 SVW-E <br><br> **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** <br> *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Han, Sangjoon
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☑

Federal Trade Commission
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 600 Pennsylvania Avenue, N.W. | (202) 326-2495 | (202) 326-3197 |
| CC-9528 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20580 | shan@ftc.gov | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Federal Trade Commission | [X] *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| _____ | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of New York | April 7, 2010 | Yes |
| Washington, D.C. | February 7, 2011 | Yes |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:18-cv-597-JLS-KES | FTC v. American Home Servicing Center, et al. | 4/12/2018 | Granted |
| 8:13-cv-919-DOC | FTC v. A to Z Marketing, Inc., et al. | 8/19/2019 | Pending |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☒ Yes  ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☒ Yes  ☐ No

_____

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  August 19, 2019 _____     Sangjoon Han _____

                                                                   *Applicant's Name (please type or print)*

                                                                   _____

                                                                   *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Vinzon, Delilah
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Federal Trade Commission
_____
*Firm/Agency Name*

| 10990 Wilshire Blvd | (310) 824-4328 | (310) 824-4380 |
|---|---|---|
| Suite 400 | *Telephone Number* | *Fax Number* |
| *Street Address* | dvinzon@ftc.gov | |
| Los Angeles, CA 90024 | *E-mail Address* | |
| *City, State, Zip Code* | 222681 | |
| | *Designee's California State Bar Number* | |

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  August 19, 2019

Delilah Vinzon
_____
*Designee's Name (please type or print)*

_____
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SANGJOON HAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 7, 2010, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 16, 2019

8668

_____

Clerk of the Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Sangjoon Han*

was duly qualified and admitted on February 7, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
12, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:

District of Columbia Bar Membership